SARAH REGAN, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Regan* v. *City of New York*, 171 App. Div. 947, affirmed.
(Argued January 31, 1918; decided February 15, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered December 28, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The complaint alleged that plaintiff while walking along West Thirty-sixth street in New York city, stepped into a hole in the sidewalk and falling received the injuries complained of.

*William P. Burr,* Corporation Counsel (*Terence Farley* and *William E. C. Mayer* of counsel), for appellant.

*George F. Hickey* and *Thomas E. Flynn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN and CRANE, JJ. Not sitting: MCLAUGHLIN,, J.